FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GWENDOLYN D., <br><br> Plaintiff, <br><br> -vs- <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No.    1:23-CV-3032-WFN <br><br> ORDER GRANTING STIPULATED REMAND |

Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 17. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion for Remand, filed September 28, 2023, **ECF No. 17**, is **GRANTED**.

2. Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

   (a)    Offer the claimant an opportunity to submit additional evidence and an opportunity for a new hearing;

   (b)    Take any action necessary to complete the administrative record; and

   (c)    Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

ORDER GRANTING STIPULATED REMAND - 1

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 5th day of October, 2023.

09-29-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2